NO. 07-04-0079-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JUNE 23, 2004

_____

IN THE INTEREST OF CHRISTYN SHANAE LUSTER, A CHILD

_____

FROM THE 100TH DISTRICT COURT OF CARSON COUNTY;

NO. 9373; HONORABLE DAVID M. MCCOY, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Appellant Shannon Luster filed a *pro se* notice of appeal challenging the trial court's order terminating her parental rights to Christyn Shanae Luster.[1] The clerk's record was filed on March 4, 2004; however, no reporter's record was filed. Appellant's brief was due to be filed on April 5, 2004, but has yet to be filed and no motion for extension of time was filed. By letter dated June 1, 2004, this Court notified Luster at her address in the McIntosh

_____

[1]Luster recites in her notice of appeal that attorney Paul Shunatona is not her attorney in this case.

County Jail in Oklahoma of the missed deadline and also directed her to reasonably explain the failure to file a brief with a showing that appellees William Darell Luster and Lynn Lee Luster, the child's grandparents, have not been injured by the delay on or before June 14, 2004. The Court's letter was returned with a notation from the post office that Luster was no longer at that address and had left no forwarding address.

Accordingly, we dismiss this appeal for want of prosecution and failure to comply with an order of this Court. *See* Tex. R. App. P. 38.8(a)(1) and 42.3(b) and (c).

Don H. Reavis
Justice